

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2014

No. 04-14-00407-CR

Roland A. **ALVARADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 354155
Honorable Scott Roberts, Judge Presiding

## O R D E R

The reporter's record was due June 16, 2014, but it was not filed. Instead, the court reporter filed a notification of late record stating that the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. See TEX. R. APP. P. 34.6(b), 35.3(b).

We order appellant to provide written proof to this court on or before **July 26, 2014** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. See TEX. R. APP. P. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due **July 16, 2014**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court